# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# ALEXANDRIA DIVISION

| | |
|---|---|
| **MANNA MASSAQUOI** | **CASE NO. 1:25-CV-00120 SEC P** |
| **VERSUS** | **JUDGE EDWARDS** |
| **US IMMIGRATION & CUSTOMS ENFORCEMENT** | **MAG. JUDGE PEREZ-MONTES** |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein (ECF No. 6), noting the absence of objection thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the Petition for Writ of Habeas Corpus (ECF No. 1) is **DENIED,** and this civil action is **DISMISSED WITH PREJUDICE**.

**THUS, DONE AND SIGNED** in Chambers this 28th day of July, 2025.

_____
**JERRY EDWARDS, JR.**
**UNITED STATES DISTRICT JUDGE**